DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**EDUCATIONAL CREDIT**
**MANAGEMENT CORPORATION,**

             **Plaintiff,**

**v.**

            **CIVIL ACTION**

            **No. 07-2418-DJW**

**BRADCO, INC., d/b/a**
**Bradco Supply Company,**

             **Defendant.**

## ORDER

Pending before the Court are the following motions: (1) Motion for Extension of Discovery Deadline (doc. 13) filed by Jan Nagy; and (2) Plaintiff's Motion to Strike Discovery Request (doc. 15).

I.    **Motion for Extension of Discovery Deadline**

Jan Nagy filed a Motion to Intervene (doc. 9) on January 4, 2008. That motion is still pending before the Court. Nagy seeks to extend the March 1, 2008 deadline for completing discovery so that he will be able to conduct discovery in the event he is allowed to intervene. The Court finds that good cause exists to extend the discovery deadline. The Court also finds that good cause exists to continue the March 28, 2008 Pretrial Conference and other settings and deadlines. The Court therefore grants Nagy's Motion for Extension of Discovery Deadline and vacates the December 14, 2007 Scheduling Order (doc. 8). In addition, the Court sets this case for a supplemental telephone scheduling conference on **April 28, 2008 at 10:00 a.m.**, at which time the

Court will have ruled on the pending Motion to Intervene and the Court will be in a position to issue a new scheduling order.

**II.     Plaintiff's Motion to Strike Discovery Request**

In its Motion to Strike, Plaintiff asks the Court to strike the requests for production that Defendant served on Plaintiff on February 29, 2008. Plaintiff asks that the requests be stricken because they were not served in time to be completed by the March 1, 2008 discovery deadline. As the Court is vacating the current discovery deadline, Defendant's requests are no longer untimely. The Court therefore denies Plaintiff's Motion to Strike.

**IT IS THEREFORE ORDERED** that Jan Nagy's Motion for Extension of Discovery Deadline (doc. 13) is granted, and the December 14, 2007 Scheduling Order (doc. 8) is hereby vacated.

**IT IS FURTHER ORDERED** that a supplemental telephone scheduling conference is scheduled for **April 28, 2008 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Discovery Request (doc. 15) is denied.

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas on this 25th day of March 2008.

s/ David J. Waxse  
David J. Waxse  
U.S. Magistrate Judge

cc:     All counsel and *pro se* parties